DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARNOLD W. FIELDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1889

_____

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Kimberly
Fernandez, Judge.

Arnold W. Fields, pro se.


PER CURIAM.

　　Affirmed.

VILLANTI, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.